**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01345-CR

**TIMOTHY ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court **GRANTS** appellant's August 13, 2013 pro se motion to obtain copies of the supplemental reporter's record filed in this case. We **ORDER** appellate counsel Kathleen Walsh to provide appellant with a copy of the two-volume supplemental reporter's record filed on August 5, 2013. We further **ORDER** Ms. Walsh to provide this Court with written verification, within **FIFTEEN DAYS** of the date of this order, that the record has been sent to appellant.

Appellant's pro se response is due by **OCTOBER 15, 2013**. No further extensions will be granted. If appellant's pro se response is not filed by the date specified, the appeal will be submitted on the brief before the Court.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Kathleen Walsh, Dallas County Public Defender's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Alexander, No. 12060058, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/     DAVID EVANS
JUSTICE